# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Abraham Gale,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RAYTHEON COMPANY and SAN DIEGO SERVICES,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 05CV2264 WQH (LSP)<br><br>ORDER GRANTING KREINDLER & KREINDLER, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ABRAHAM GALE |

HAYES, Judge:

　　Pending before the Court is Kreindler & Kreindler, LLP's motion to withdraw as counsel of record for Plaintiff Abraham Gale. (Doc. # 23).

## DISCUSSION & ORDER

　　On December 13, 2005, the law firm of Kreindler & Kreindler, LLP filed the Complaint in this matter on behalf of Plaintiff Abraham Gale. (Doc. # 1). The Complaint is a qui tam action, and alleges violations of the False Claims Act, 31 U.S.C. § 3730(b)(2), against Defendants Raytheon Company and San Diego Services. (Doc. # 1). On February 26, 2008, the United States of America filed a notice of election to decline intervention. (Doc. # 21).

　　On March 11, 2008, Kreindler & Kreindler, LLP filed the pending motion to withdraw as counsel for Plaintiff Abraham Gale. (Doc. # 23). On March 11, 2008, Plaintiff Abraham Gale filed a notice of non-opposition to Kreindler & Kreindler, LLP's motion to withdraw. (Doc. # 24).

1	After reviewing the motion to withdraw (Doc. # 23), the declaration of Mark Labaton in support of the motion to withdraw (Doc. # 23-2), and Plaintiff's notice of non-opposition to the motion to withdraw (Doc. # 24), the Court finds that there is good cause to permit Kreindler & Kreindler, LLP to withdraw in this case. The Court finds that Kreindler & Kreindler, LLP has provided adequate notice of its intent to withdraw, and has acted to avoid any and all reasonably foreseeable prejudice to the Plaintiff. In addition, the Court notes that California Rule of Professional Conduct 3-700 provides that an attorney may withdraw from representation if "[t]he client knowingly and freely assents to termination of employment." *See Boshell v. The Mega Life and Health Ins. Co.*, No. Civ. S-05-1416 FCD-GGH, 2006 U.S. Dist. LEXIS 975, *2-3 (E.D. Cal. Jan. 12, 2006). Kreindler & Kreindler, LLP's motion to withdraw as counsel for Plaintiff (Doc. # 23) is hereby GRANTED.

The Clerk of the Court shall amend the docket to reflect that Plaintiff Abraham Gale now represents himself in this matter.

**IT IS SO ORDERED**.

DATED: April 25, 2008

*[signature: William Q. Hayes]*
**WILLIAM Q. HAYES**
United States District Judge